## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

GOULSTON & STORRS PC,

Plaintiff,

v.

PHILIP PROUJANSKY,

Defendant.

Case No.: 1:23-cv-10290-ER

[PROPOSED] JUDGMENT

Upon Plaintiff Goulston & Storrs PC's ("Plaintiff") motion dated September 5, 2024, Doc. 18, to enforce the settlement agreement (the "Settlement Agreement") between Plaintiff and Defendant Philip Proujansky ("Defendant"), the Court hereby renders Judgment as follows:

1.    Judgment is entered in favor of Plaintiff and against Defendant as follows:

    a.    Plaintiff is awarded the sum of $414,842.80 for Defendant's failure to pay the remainder of the Past Due Amount (as defined in the Settlement Agreement), plus interest at the rate of eight percent (8%) from September 1, 2024 through the date of entry of judgment.

    b.    Plaintiff is awarded the sum of $45,343.50 for invoices issued by Plaintiff to Defendant for the New Services (as defined in the Settlement Agreement), plus interest at the rate of nine percent (9%) from September 1, 2024 through the date of entry of judgment. *See* CPLR §§ 5001, 5004.

2.    This Court expressly finds that there is no just reason for delay, and expressly directs the entry of final judgment.

2

SO ORDERED:

Edgardo Ramos, U.S.D.J.
Dated: September 25, 2024
New York, New York

2