ABSTRACT OF JUDGMENT

**Re:** Goulston & Storrs PC v. Proujansky

Case Number: 1:23-cv-10290-ER

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Philip Proujansky<br>333 Coddington Road<br>Ithaca, New York 14850 | Goulston & Storrs PC<br>One Post Office Squre<br>Boston, Massachusetts 02109 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| (1) $414,842.80, plus interest at the rate of eight percent (8%) from September 1, 2024 through the date of entry of judgment; and<br><br>(2) $45,343.50, plus interest at the rate of nine percent (9%) from September 1, 2024 through the date of entry of judgment. | For Plaintiff Goulston & Storrs PC:<br>Adam J. Safer<br>Justin D. Heller<br>Goulston & Storrs PC<br>730 Third Avenue<br>New York, New York 10017<br><br>For Defendant Philip Proujansky:<br>William E. Brueckner<br>John C. Nutter<br>Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604 | September 25, 2024 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE - U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

**Dated:** New York                    , New York

**TAMMI M. HELLWIG, Clerk of Court**

_____
               **By,**            **Deputy Clerk**