# goulston&storrs
### counsellors at law

Adam J. Safer
asafer@goulstonstorrs.com
(212) 878-5178 (tel)

August 1, 2025

**VIA ELECTRONIC FILING**

Honorable Edgardo Ramos
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, New York 10007

Re:   *Goulston & Storrs PC v. Proujansky*, Case No. 1:23-cv-10290-ER

Dear Judge Ramos:

We write on behalf of Plaintiff Goulston & Storrs PC ("Plaintiff") pursuant to Rule 3(ii) of Your Honor's Individual Rules of Practice to request that Plaintiff be permitted to redact information from its letter responding to Defendant's July 30, 2025 Letter. ECF No. 51.

Specifically, Plaintiff seeks permission to redact a portion of the letter the reflects the substance of Defendant Phillip Proujansky's ("Defendant") deposition testimony from July 28, 2025, which was designated by Defendant as "Confidential" pursuant to the terms of the Confidentiality Order entered by the Court on February 8, 2024.

The proposed redactions are highlighted in the letter, attached hereto as Exhibit A.

Thank you very much for your attention to this matter.

**MEMO ENDORSED**
The motion to redact Plaintiff's letter dated August 1, 2025 is granted.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 1, 2025
New York, New York

Respectfully submitted,

Adam J. Safer
Ruth-Claire Pollioni
GOULSTON & STORRS PC
730 Third Avenue, 12th Floor
New York, New York 10017
(212) 878-6900
*Attorneys for Plaintiff*

cc: All counsel of record via ECF